IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH EUGENE MANDER, III,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-0773** |
| : | |
| **CENTRAL INTELLIGENCE AGENCY,** : | |
| Defendant. : | |

## ORDER

AND NOW, this 10th day of May, 2024, upon consideration of Joseph Eugene Mander, III's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 9), and Second Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Joseph Eugene Mander, III, #NS-4160, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Houtzdale or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mander's inmate account; or (b) the average monthly balance in Mander's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Mander's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mander's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Houtzdale.

4. This case is **DEEMED** filed.

5. The Second Amended Complaint is **DISMISSED** without leave to amend for the reasons stated in the Court's Memorandum as follows:

   a. Claims brought on behalf of others are **DISMISSED WITHOUT PREJUDICE**;

   b. Mander's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**HON. MIA R. PEREZ**